Edson K. McClellan (State Bar No. 199541)
emcclellan@rutan.com
Kenneth J. Zielinski (State Bar No. 258555)
kzielinski@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for Plaintiffs
MICHAEL MOSTIPAK and NICKLAUS WOOTEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL MOSTIPAK, an individual; NICKLAUS WOOTEN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BADGER DAYLIGHTING CORP., a Nevada Corporation; and DOES 1-20 inclusive, <br><br> Defendants. | Case No. 2:17-CV-00247-MCE-CKD <br><br> Judge:  Hon. Morrison C. England, Jr. <br><br> **JOINT STATUS REPORT IN RESPONSE TO ORDER DATED JANUARY 22, 2019** |

Plaintiffs Michael Mostipak and Nicklaus Wooten, by and through their counsel Rutan & Tucker, LLP, and Defendant Badger Daylighting Corp., by and through its counsel Atkinson, Andelson, Loya, Ruud & Romo, do hereby provide the following joint status report:

The Complaint in this action contained two claims for relief.  Plaintiff Michael Mostipak asserted the first claim for relief, and Plaintiff Nicklaus Wooten asserted the second claim for relief.

On September 28, 2017, the Court dismissed the second claim for relief, brought by Mr. Wooten, on the ground of forum non conveniens.

On October 6, 2018, Mr. Mostipak voluntarily dismissed the first claim for relief.

As a result, both claims for relief have been dismissed.  No claims for relief remain

in this action.

Dated:  January 31, 2019

RUTAN & TUCKER, LLP
EDSON K. McCLELLAN
KENNETH J. ZIELINSKI

By: /S/ Edson K. McClellan
　　Edson K. McClellan
　　Attorneys for Plaintiffs
　　MICHAEL MOSTIPAK and
　　NICKLAUS WOOTEN

Dated: January 31, 2019

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
　　Scott K. Dauscher
　　Jon M. Setoguchi
　　Attorneys for Defendant BADGER
　　DAYLIGHTING CORP.